IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  09-cv-01318-WYD-CBS

JACKIE SHUMAKER,

    Plaintiff,

v.

KUMAR & ASSOCIATES, INC.; and
JOHN DOES 1-10,

    Defendants.

## ORDER OF RECUSAL

This matter is before me on a review of the file.  My daughter is an associate at the law firm of Faegre & Benson, LLP, counsel for Defendant Kumar & Associates, Inc.  For this reason, I believe that it would be inappropriate for me to preside over this case.  Accordingly, I should recuse myself.  It is therefore

ORDERED that the judge's file be returned to the clerk and that the case be reassigned by random draw.

    Dated:  August 31, 2009

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    Chief United States District Judge